UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re

JAMES F. WYNN,

                  Debtor.
_____/

SSN: xxx-xx-1357

Chapter 7 converted from Chapter 13
Case No.:  15-01621
HONORABLE JAMES W. BOYD

_____
WALLACE H. TUTTLE         (P 21644)
Wallace H. Tuttle & Associates, P. C.
Attorney for Debtor
3229 Logan Valley Road
P O Box 969
Traverse City, MI  49685-0969
231.941.0750
whtpc@tuttlelawtc.com
_____

**FIRST SUPPLEMENTAL**

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

      The undersigned attorney for Debtor, pursuant to § 329(a) of the Bankruptcy Code and Fed. R. Bankr P 2016(b), supplements his previously filed Disclosure and does certify as follows:

      1.    Since the filing of the Debtor's voluntary petition in Chapter 13 on March 22, 2015, the Wallace H. Tuttle & Associates, P. C,. has submitted to the Debtor a Statement of Professional Services Rendered in regard to this case dated July 16, 2015, covering services and costs from the date of the initial rendering of services of March 17, 2015, through April 30, 2015, pursuant to the Retainer Agreement executed between the Debtor and Wallace H. Tuttle & Associates, P. C., a copy of which was attached to the original Disclosure of Compensation filed in this case.  A copy of the Statement of Professional Services Rendered is attached as Exhibit 1.

      2.    As stated in the Retainer Agreement and the original Disclosure, the Debtor paid a retainer of $3,500.00 within the year preceding the date of filing, which included a filing fee of $310.00.  The Debtor subsequently paid the additional amount due of $3,888.00, on July 31, 2015.

      3.    Wallace H. Tuttle & Associates, P. C., has this date submitted to the Debtor a Statement of Professional Services Rendered in regard to this case, covering services and costs from May 1, 2015 through October 5, 2015.  A copy of this Statement of Professional Services Rendered is attached as Exhibit 2.  No payment on this invoice has been received by the undersigned nor has the Debtor reviewed the statement..

4. To the best of the undersigned's knowledge and understanding, the source of the compensation paid or to be paid is the assets of the Debtor.

5. Neither the undersigned nor the firm has shared or agreed to share this compensation with anyone.

        **I CERTIFY THAT THE FOREGOING IS A COMPLETE STATEMENT OF ANY AGREEMENT OR ARRANGEMENT FOR PAYMENT TO ME OR THE FIRM FOR REPRESENTATION OF THE DEBTOR IN THIS BANKRUPTCY PROCEEDING.**

        */s/ Wallace H. Tuttle*
        WALLACE H. TUTTLE
        Wallace H. Tuttle & Associates, P. C.

Dated: October 19, 2015.

3058.00:10/15:WHT