**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

───────────────

In re

JAMES F. WYNN,

Chapter 7 converted from Chapter 13
Case No.:  15-01621
HONORABLE JAMES W. BOYD

Debtor.
_____/

SSN:      xxx-xx-1357

WALLACE H. TUTTLE          (P 21644)
Wallace H. Tuttle & Associates, P. C.
Attorney for Debtor
3229 Logan Valley Road
P O Box 969
Traverse City, MI  49685-0969
231.941.0750
whtpc@tuttlelawtc.com

### MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR

  Wallace H. Tuttle, of Wallace H. Tuttle & Associates, P. C., attorney of record for Debtor in this proceeding, hereby moves this Court for the entry of an Order allowing him to withdraw as the legal representative of Debtor, James F. Wynn.  In support of this motion, the undersigned states as follows:

  1. He is the attorney of record for Debtor in this Chapter 7 case.

  2. A breakdown in the attorney-client relationship between Movant and the Debtor has occurred which prevents him from continuing effective representation of the Debtor.  Specifically, Defendant has failed to respond to or cooperate with multiple requests for instructions, information and documentation necessary to adequately represent his interests in this proceeding.

  3. Movant has advised the Debtor of this Motion to Withdraw as Attorney and has forwarded to the Debtor a copy of the Motion and a Consent to Withdrawal for his review and approval.

  WHEREFORE, Movant requests that he be allowed to withdraw as attorney of record for Debtor, with or without the consent of Debtor.

          */s/ Wallace H. Tuttle*
          WALLACE H. TUTTLE          (P 21644)
          Wallace H. Tuttle & Associates, P. C.
          Attorney for Debtor

Dated:  January 2 , 2018.

3058.01:1/18