UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:                                                                  Case No. BT 15-01621
                                                                        Chapter 7
JAMES F. WYNN,

    Debtor.
_____/

ORDER SCHEDULING HEARING

PRESENT:   HONORABLE JAMES W. BOYD
United States Bankruptcy Judge

On January 11, 2018, Trustee filed an Ex Parte Motion for Order to Show Cause Why Debtor, James F. Wynn, Should Note be Held in Contempt of Court for his Failure to Comply with this Court's Order Granting Trustee's Motion to Compel Rule 2004 Examination of Debtor, James F. Wynn, and for the Production of Documents Entered December 7, 2017 (Dkt. No. 178).

The Court interprets the Trustee's Motion as a Motion to Hold the Debtor in Contempt of Court for failing to comply with a prior court order. The Court will conduct a hearing to consider the relief requested in Trustee's Motion, including a determination whether the Debtor is in contempt of court and, if so, how the Debtor may purge such contempt.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Trustee's Motion to Hold the Debtor in Contempt of Court be, and hereby is, scheduled for **February 7, 2018 at 9:00 a.m.** at the United States Bankruptcy Court, 3249 Racquet Club Drive, Traverse City, Michigan.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to FED. R. BANKR. P. 9022 and LBR 5005-4 upon the Debtor; Wallace H. Tuttle, Esq.; attorney for the Debtor; Kevin M. Smith, Esq., attorney for Chapter 7 Trustee; Kelly M. Hagan, Chapter 7 Trustee; and the Office of the United States Trustee.

END OF ORDER

**IT IS SO ORDERED.**

Dated January 17, 2018

_____
James W. Boyd
United States Bankruptcy Judge